IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **DIANE S. COLLINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 1:07CV157 |
| ) | |
| **CALVARY MEDICAL TRANSPORT,** ) | |
| **BRIAN CRAIG SPARKS, MCNEIL &** ) | |
| **COMPANY and GALLAGHER** ) | |
| **BASSETT SERVICES,** ) | |
| ) | |
| **Defendants.** ) | |

## O-R-D-E-R

The parties having consented to the trial jurisdiction of the Magistrate Judge and the case having been referred to the undersigned (Pleading No. 9), the Recommendation of June 6, 2007, is hereby converted to an Memorandum Opinion and Order and is incorporated herein. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Pleading No. 5) be and hereby is **GRANTED**. A judgment dismissing this action will be entered contemporaneously herewith.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: August 6, 2007