IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DIANE S. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07CV157 |
| | ) | |
| CALVARY MEDICAL TRANSPORT, BRIAN CRAIG SPARKS, MCNEIL & COMPANY and GALLAGHER BASSETT SERVICES, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [Pleading No. 5] be **GRANTED** and that Plaintiff's complaint [Pleading No. 1] be, and the same hereby is, dismissed for lack of jurisdiction and without the assessment of costs.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: August 6, 2007